1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

| | |
|---|---|
| 11 RICHARD LIPARI, | Case No.:  2:15-cv-02400-TLN-AC |
| 12        Plaintiff, | Hon. District Judge Troy L. Nunley |
| 13   v. | **ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| 14 OCWEN LOAN SERVICING, LLC, A limited liability company: and DOES 1-10, inclusive. | |
| 15 | |
| 16        Defendants. | Current Response Date: December 23, 2015 |
| 17 | New Response Date: January 22, 2016 |
| 18 | Superior Court Case No.: 71309 Action Filed: October 19, 2015 Trial Date: N/A |
| 19 | |

20

21     The Court having considered the *Second Stipulation to Extend Time to Respond to Initial*

22 *Complaint* (the "Stipulation") entered into by and between *plaintiff* Richard Lipari ("Plaintiff") and

23 *defendant* Ocwen Loan Servicing, LLC, and good cause appearing therefor,

24 /././

25 /././

26 /././

27 /././

28 /././

1      **IT IS ORDERED** that the Stipulation is **APPROVED**.

2      **IT IS FURTHER ORDERED** that Defendant shall have until January 22, 2016, to file and

3   serve its response to Plaintiff's Complaint in this action.

4      **IT IS SO ORDERED.**

5

6

7   Dated:  December 28, 2015

8

9                                                              _____

10                                                             Troy L. Nunley
                                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND
581081.1